1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   WILLIAM M. BRYSON, JR.,                    1:13-cv-00879 LJO MJS
12          Plaintiff,                          ORDER TO SUBMIT APPLICATION
                                                TO PROCEED IN FORMA PAUPERIS
13      v.                                      OR PAY FILING FEE WITHIN 45 DAYS
14   SUSAN B. GERSON,
15          Defendant.
     _____/
16

17          Plaintiff is a state prisoner proceeding pro se in a Freedom of Information Act complaint

18   pursuant to 5 U.S.C. § 552. Plaintiff has not paid the $400.00 filing fee, or submitted an

19   application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

20          Accordingly, IT IS HEREBY ORDERED that:

21          Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the

22   attached application to proceed in forma pauperis, completed and signed, or in the alternative,

23   pay the $400.00 filing fee for this action. **No requests for extension will be granted without**

24   **a showing of good cause**. Within sixty (60) days of the date of service of this order, Plaintiff

25   shall submit a certified copy of his prison trust statement for the six month period immediately

26   preceding the filing of the complaint.

27   /////

28   /////

                                             -1-

1    **Failure to comply with this order will result in dismissal of this action.** No further

2   action shall be taken in this matter until the application to proceed in forma pauperis or filing

3   fee is received by the Court.

4   IT IS SO ORDERED.

5   Dated:   June 24, 2013                    /s/ *Michael J. Seng*

6                                   UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28