# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM M. BRYSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> SUSAN B. GERSON, <br><br> Defendant. | Case No. 1:13-cv-0879-LJO-MJS <br><br> **ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS** |

Plaintiff William M. Bryson, Jr. ("Plaintiff") initiated this action on June 10, 2013. Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to Plaintiff the attached form for application to proceed in forma pauperis for a non-prisoner;

2. Within thirty days of the date of service of this order, Plaintiff shall submit the completed and signed application to proceed in forma pauperis for a non-prisoner, or in the alternative, pay the $400.00 filing fee for this action; and

3. Failure to comply with this order will result in dismissal of this action.

///
///
///
//

1

1
2
3   IT IS SO ORDERED.
4
      Dated:   September 17, 2013              /s/ *Michael J. Seng*
5                                           UNITED STATES MAGISTRATE JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28