UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM M. BRYSON,<br><br>        Plaintiff,<br><br>    v.<br><br>SUSAN B. GERSON,<br><br>        Defendant. | No.  1:13-CV-0879-LJO-MJS<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF. No. 7)** |

Plaintiff, William M. Bryson is proceeding in pro se in this action.  Plaintiff filed Motion to Proceed In Forma Pauperis pursuant to 28 U.S.C. 1915 on October 3, 2013. (ECF No. 7) The Court has reviewed the Motiion and finds that Plaintiff's application demonstrates that he is entitled to proceed without payment of fees.  Plaintiff's Motion to Proceed In Forma Pauperis is therefore GRANTED.

IT IS SO ORDERED.

Dated:   October 4, 2013                                 /s/ *Michael J. Seng*
                                                                   UNITED STATES MAGISTRATE JUDGE