BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant
    UNITED STATES DEPARTMENT OF JUSTICE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM M. BRYSON, JR.,<br><br>                Plaintiff,<br><br>v.<br><br>SUSAN B. GERSON, AS ACTING ASSISTANT DIRECTOR OF THE FREEDOM OF INFORMATION UNIT, OR HER SUCCESSOR,<br><br>                Defendant. | Case No. 1:13-cv-00879 LJO/MJS<br><br>EX PARTE REQUEST TO EXTEND TIME TO RESPOND TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT; ORDER |

      Defendant United States Department of Justice ("Defendant"), requests a continuance of the time in which to respond to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. [Dkt No. 22].

      Plaintiff requested, and was granted, an unopposed extension of time of thirty days within which to oppose Defendant's Motion for Summary Judgment.  Said request was granted by Minute Order dated June 23, 2015, [Dkt No. 21] allowing Plaintiff's opposition to be filed on or before July 30, 2015.  Plaintiff filed his Opposition on July 30, 2015 making Defendant's reply due August 6, 2015.  After Defense counsel agreed to the extension and the Court approved the same, she arranged a vacation and will be out of the office three of the five business days by which the reply will be due. Because Defense counsel will be out of the office, she will not have sufficient time to review Plaintiff's sixty-two (62) page opposition and prepare a meaningful response on behalf of the

Defendant. Therefore, Defendant is requesting a fourteen (14) day extension of time, to and including August 20, 2015 by which to file its reply. No prejudice will be suffered by Plaintiff if this brief extension is granted as there are no pending deadlines in this action.

Accordingly, for good cause showing, including the unavailability of counsel and the volume of documents submitted with Plaintiff's Opposition, Defendant requests a fourteen (14) day extension of time, to and including August 20, 2015, by which to file its reply.

Respectfully submitted,

Dated: July 30, 2015                              BENJAMIN B. WAGNER
                                                  UNITED STATES ATTORNEY


/s/Alyson A. Berg
ALYSON A. BERG
Assistant United States Attorney
Attorney for Defendant United States
Department of Justice

**ORDER**

For good cause showing and in accordance with Local Rule 144(c) (initial ex parte extension), Defendant, United States Department of Justice, is granted an extension of time to and including August 20, 2015, within which to file its reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   **August 3, 2015**                    **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE